ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2013 JUN 12 PM 2:09

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 3 - 13CR-215 - |
| BENJAMIN KINYUA (1) | § | 3. - 13CR-215 - D |
| THOMAS NGANGA MUYA (2) | § | |
| HARRY FABRICE CHEICKH AMONT (3) | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Theft of Public Funds
Violation of 18 U.S.C. §§ 641 and 2

On or about May 17, 2013, in the Dallas Division of the Northern District of Texas, the defendants, **Benjamin Kinyua, Thomas Nganga Muya,** and **Harry Fabrice Cheickh Amont,** aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did willfully and knowingly steal, purloin, and convert to their own use, money and property of the United States of a value exceeding $1,000, to wit, a United States Treasury check payable to P.S. in the amount of $595,901.97.

In violation of Title 18 U.S.C. §§ 641 and 2.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
CHRISTOPHER STOKES
Assistant United States Attorney
Texas State Bar No. 19267600
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8812
Email: christopher.stokes@usdoj.gov

Indictment - 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BENJAMIN KINYUA (1)
THOMAS NGANGA MUYA (2)
HARRY FABRICE CHEICKH AMONT

INDICTMENT

18 U.S.C. §§ 641 and 2
Theft of Public Funds

1 Count

A true bill rendered:

FORT WORTH                                                FOREPERSON

Filed in open court this 12th day of June A.D. 2013.

Thomas Nganga Muya and Harry Fabrice Cheickh Amont are in Federal Custody;
Benjamin Kinyua is on Pre-Trial Release

U.S. MAGISTRATE COURT JUDGE
(Magistrate Court Number: 3:13-MJ-292-BK
[Muya & Amont] and 3:13-MJ-285-BK
[Kinyua])